Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JEFFREY RAPHAEL

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| JEFFREY RAPHAEL, | Case No.: 10-cv-06302 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| FIRST REVENUE ASSURANCE, LLC, | |
| Defendant. | |

NOW COMES the Plaintiff, JEFFREY RAPHAEL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: July 18, 2011       KROHN & MOSS, LTD.


By: /s/ Ryan Lee _____

Ryan Lee
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on July 18, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee

Ryan Lee, Esq.