Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JEFFREY RAPHAEL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JEFFREY RAPHAEL,<br><br>           Plaintiff,<br>      v.<br><br>FIRST REVENUE ASSURANCE, LLC,<br><br>           Defendant. | **Case No.:** 2:10-cv-06302-GHK<br><br>**STIPULATION OF DISMISSAL** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JEFFREY RAPHAEL, against Defendant, FIRST REVENUE ASSURANCE, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, each party to bear its own costs.

Dated: 09/13/2011          KROHN & MOSS LTD

                                         /s/ Ryan Lee_____
                                         Ryan Lee, Esq.
                                         Attorney for Plaintiff,
                                         JEFFREY RAPHAEL

Dated: 09/13/2011          SIMMONDS & NARITA, LLP

                                          /s/ Michael R. Simmonds___
                                         Michael R. Simmonds, Esq.
                                         Attorney for Defendant,
                                         FIRST REVENUE ASSURANCE, LLC,